TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00634-CV
 
 




 

 

D. L. P., Jr., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 340th
 District Court OF Tom Green
 COUNTY
 NO. C-11-0072-CPS,
 The Honorable Jay K. Weatherby, JUDGE
 PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellant D.L.P., Jr. filed his notice of appeal on September 24, 2012.  The appellate record was complete October 11, 2012, making appellant’s
 brief due October 31, 2012. On
 November 1, 2012, counsel for
 appellant filed a motion for extension of time to file appellant’s brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this Court’s
 leeway in granting extensions.  In this
 instance, we will grant the motion and order counsel to file appellant’s
 brief no later than November 12, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
  
 It is ordered on November 2,
 2012.
  
 Before Chief
 Justice Jones, Justices Rose and
 Goodwin